IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-mc-00025-NONE-MJW

IN THE MATTER OF THE TAX INDEBTEDNESS OF
Steven K. Dock, dba Rocky Mountain Film Lab,

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Pro Se Respondent Steven K. Dock's Letter dated May 11, 2010 (docket no. 5) is **DENIED WITHOUT PREJUDICE**.

Ex parte communications with a judge is **prohibited** by D.C.COLO.LCivR. 77.2 which states:

> In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings, or other papers or copies directly to a judicial officer. Unless otherwise instructed, all matters to be called to judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys. No attorney or party shall contact orally a judicial officer regarding any case by telephone, in person, or through any other means, unless all other parties in the matter, or their attorneys, are present or on the telephone.

It is **FURTHER ORDERED** that Pro Se Respondent Steven K. Dock shall comply with D.C.COLO.LCivR 77.2 with regard to any matters which he wishes to bring to the court's attention.

It is **FURTHER ORDERED** that if the Pro Se Respondent Steven K. Dock is requesting relief from this court, he shall file a written motion consistent with D.C.COLO.LCivR 7.1 and serve a copy of such motion on the Petitioner and file an original and two copies of such motion with this court consistent with the Local Rules of Practice in the United States District Court for the District of Colorado. Pro Se Respondent Steven K. Dock can obtain a copy of the Local Rules of Practice from this court's clerk's office or from this court's website. The website of this court is www.cod.uscourts.gov. A pro se litigant such as Mr. Dock is required to follow the same rules of procedure and orders of the court that govern other litigants. Oklahoma

Federated Gold and Numismatics v. Blodgett, 24 F.3d 136, 193 (10th Cir. 1994)(internal citation omitted).


Date: May 13, 2010